Robert Lee Wallace
#880928
Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

77,904-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re: Wallace, Robert Lee
CCA NO. WR-77,904-02
Trial Court Case No. 757673-A

Dear Mr. Abel Acosta,
I am requesting a copy of the docket sheet in the above case no. I need to see if any objection was filed with this court as to the trial courts request for an extension of time to file the supplemental record.
I look forward to hearing from this office on this matter. Thank you for your time and patience.

Sincerely

Robert Lee Wallace
Robert Lee Wallace